UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BLAYNE DAVIS #71521-279** | **CASE NO. 1:20-CV-01657 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHRIS MCCONNELL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 9), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) and Petition (ECF No. 5) are DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers, this 9th day of February, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE